UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOLORES C. OMOREBOKHAE,

                    Plaintiff,

- against -

U-HAUL CO. OF NEW JERSEY, INC.
U-HAUL INTERNATIONAL, INC.,

                    Defendant.

Docket No.: 08-CV-1512

**STIPULATION EXTENDING TIME TO ANSWER**

---

      **IT IS HEREBY STIPULATED**, by the undersigned parties, that the time of defendants U-HAUL CO. OF NEW JERSEY, INC. and U-HAUL INTERNATIONAL, INC. to appear, amend or supplement its answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended up to and including the 19th day of April, 2008.

Dated: New York, New York
       March 10, 2008

By: KEVIN F. PINTER (KFP-0352)
GALLO VITUCCI KLAR PINTER & COGAN
*Attorneys for Defendants*
90 Broad Street, 3rd Floor
New York, New York 10004
Tel (212) 683-7100
Fax (212) 683-5555

By: JOSEPH FLEMING (JF-9542)
JOSEPH FLEMING, ESQ.
*Attorney for Plaintiff*
116 John Street, Suite 2830
New York, New York 10038
Tel (212) 385-8036
Fax (212) 406-2045