UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOLORES C. OMOREBOKHAE,                    Docket No.: 08-CV-1512

                  Plaintiff,          **STIPULATION EXTENDING TIME TO ANSWER**

- against -

U-HAUL CO. OF NEW JERSEY, INC.
U-HAUL INTERNATIONAL, INC.,

                  Defendant.

---

    **IT IS HEREBY STIPULATED**, by the undersigned parties, that the time of defendants U-HAUL CO. OF NEW JERSEY, INC. and U-HAUL INTERNATIONAL, INC. to appear, amend or supplement its answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended up to and including the 19th day of May, 2008.

Dated: New York, New York
         March 21, 2008


| | |
|---|---|
| By: KEVIN F. PINTER (KFP-0352) | By: JOSEPH FLEMING (JF-9542) |
| GALLO VITUCCI KLAR PINTER & COGAN | JOSEPH FLEMING, ESQ. |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |
| 90 Broad Street, 3rd Floor | 116 John Street, Suite 2830 |
| New York, New York 10004 | New York, New York 10038 |
| Tel (212) 683-7100 | Tel (212) 385-8036 |
| Fax (212) 683-5555 | Fax (212) 406-2045 |

SO ORDERED:

3-28-08
DATE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08