UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOLORES C. OMOREBOKHAE,         Docket No. 08-CV-1512

                    Plaintiff,        **DEFENDANT U-HAUL CO. OF NEW JERSEY, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

- against -

U-HAUL CO. OF NEW JERSEY, INC., and
U-HAUL INTERNATIONAL, INC.,

                    Defendants.

---

Defendant, U-Haul Co. of New Jersey, Inc., by and through undersigned counsel, respectfully submits this disclosure statement in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, which requires that a nongovernmental corporate party to an action in the United States District Court file a statement identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock.

U-Haul Co. of New Jersey, Inc. is a wholly-owned subsidiary of U-Haul International, Inc.

Dated: New York, New York
       May 22, 2008

                                            Respectfully submitted,

                                            **GALLO VITUCCI KLAR PINTER & COGAN**

                                            */s/ Kevin F. Pinter*

                                            KEVIN F. PINTER, ESQ. (KFP-0352)
                                            *Attorneys for Defendant*
                                            **U-Haul Co. of New Jersey, Inc.**
                                            90 Broad Street, 3rd Floor
                                            New York, New York 10004
                                            (212) 683-7100
                                            Our File No.: UH-2008-2

To:

JOSEPH FLEMING, ESQ. (JF-9542)
*Attorney for Plaintiff*
116 John Street, Suite 2830
New York, New York 10038
(212) 385-8036

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      The undersigned being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years and resides in the County of Richmond. That on the 22nd day of May, 2008, she served the within **DEFENDANT U-HAUL CO. OF NEW JERSEY, INC.'S RULE 7.1 DISCLOSURE STATEMENT** upon:

JOSEPH FLEMING, ESQ. (JF-9542)
*Attorney for Plaintiff*
116 John Street, Suite 2830
New York, New York 10038

via regular mail by depositing a true copy of same securely enclosed in a post paid wrapper in an official depository under the exclusive care and custody of United States Postal Service within the City and State of New York.

                                                                             Shamilla Ali

Sworn to before me this
22nd day of May 2008

MICHAEL L. MORIELLO
Notary Public, State of New York
No. 02MO6102053
Qualified in New York County
Commission Expires 11/24/2007
                    2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    DOCKET NO.: 08-CV-1512

---

DOLORES C. OMOREBOKHAE,

                       Plaintiff,

-against-

U-HAUL CO. OF NEW JERSEY, INC., and
U-HAUL INTERNATIONAL, INC.,

                       Defendants.

---

## DEFENDANT U-HAUL CO. OF NEW JERSEY, INC.'S RULE 7.1 DISCLOSURE STATEMENT

---

GALLO VITUCCI KLAR PINTER & COGAN
*Attorneys for Defendants*
90 Broad Street, 3rd Floor
New York, New York 10004
Tel: (212) 683-7100
Fax: (212) 683-5555
File No.: UH-2008-2