UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOLORES C. OMOREBOKHAE,

Docket No. 08-CV-1512

Plaintiff,

**DEFENDANT U-HAUL CO.
OF NEW JERSEY, INC.'S
RULE 26(a)(1) DISLCOSURE**

- against -

U-HAUL CO. OF NEW JERSEY, INC., and
U-HAUL INTERNATIONAL, INC.,

Defendants.

Defendant, U-Haul Co. of New Jersey, Inc., by and through undersigned counsel, pursuant to

Fed. R. Civ. P. 26(a)(1), states as follows:

**A.**    The name and, if known, the address and telephone number of each individual likely
to have discoverable information that the disclosing party may use to support its claims or defenses,
unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

1.    Representative(s) of U-Haul Co. of New Jersey, Inc.

U-Haul Co. of New Jersey, Inc. expects that certain of its representatives may testify
with regard to rental policies, practices and procedures, including inspection of the
equipment between rentals, applicable to rental transactions performed by rental
centers and dealers in the State of New Jersey who rent U-Haul equipment.

U-Haul Co. of New Jersey, Inc. also expects a representative(s) to testify in
accordance with the Answer and Affirmative Defenses to the Complaint. That
representative(s) may also authenticate documents produced by U-Haul Co. of New
Jersey, Inc. in this matter.

U-Haul Co. of New Jersey, Inc. expects that a representative(s) of U-Haul Center
Shea Stadium may testify with regard to the rental of a trailer generally and the rental
transaction at issue in this case. A representative(s) of U-Haul Cinnaminson may
also testify regarding the facts relating to the accident, any discussions had with
Wallace Cooke after the accident and the replacement trailer rented to Mr. Cooke
after the accident.

2.      New Jersey Police Department
        Morrestown Barracks
        (856) 235-1000

        The investigating officer may testify with regard to his investigation of the incident at issue in this litigation.

3.      Such other persons as identified in the parties' discovery answers and in documents produced herein by plaintiff and defendants and subpoenaed non-parties on the subject matter set forth in said answers and documents. This includes those persons who may authenticate such documents.

        Investigation continues.

**B.**      A copy of, or a description by category and location of, all documents, electronically stored information, and all tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

U-Haul Co. of New Jersey, Inc. will produce a copy of the rental contract; User Instructions;

document holder; relevant maintenance records; police report; photographs of the trailer and tow

vehicle after the accident; and hotline report. Investigation continues.

**C.**      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

U-Haul Co. of New Jersey, Inc. is not claiming any damages at this time but it reserves the

right to contest the Plaintiff's alleged damages and the method of calculating said alleged damages.

**D.**      For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

None.  U-Haul Co. of New Jersey, Inc. is self-insured for general liability in an amount

sufficient to satisfy any reasonable judgment in this matter.

Dated: New York, New York
      June 18, 2008

                       Respectfully submitted,

                       **GALLO VITUCCI KLAR PINTER & COGAN**

                       KEVIN F. PINTER, ESQ. (KFP-0352)
                       *Attorneys for Defendant*
                       **U-Haul Co. of New Jersey, Inc.**
                       90 Broad Street, 3rd Floor
                       New York, New York 10004
                       (212) 683-7100
                       Our File No.: UH-2008-2

To:

JOSEPH FLEMING, ESQ. (JF-9542)
*Attorney for Plaintiff*
116 John Street, Suite 2830
New York, New York 10038
(212) 385-8036

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK  )


      The undersigned being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years and resides in the County of Richmond.  That on the 18th day of June, 2008, she served the within **DEFENDANT U-HAUL CO. OF NEW JERSEY, INC.'S RULE 26(a)(1) DISCLOSURE** upon:

JOSEPH FLEMING, ESQ.
***Attorney for Plaintiff***
116 John Street, Suite 2830
New York, New York 10038
*flemingesq@aol.com*

via the Clerk of the District Court using the CM/ECF system, which would then electronically notify the above party *and* via regular mail by depositing a true copy of same securely enclosed in a post paid wrapper in an official depository under the exclusive care and custody of United States Postal Service within the City and State of New York.

Shamilla Ali

Sworn to before me this
18th day of June 2008

JOMOLNY
ary Public, State of New York
No. 01BO6093185
Qualified in New York County
Commission Expires

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    DOCKET NO.: 08-CV-1512

---

DOLORES C. OMOREBOKHAE,

                              Plaintiff,

    -against-


U-HAUL CO. OF NEW JERSEY, INC., and
U-HAUL INTERNATIONAL, INC.,

                              Defendants.

---

### DEFENDANT U-HAUL CO. OF NEW JERSEY, INC.'S RULE 26(a)(1) DISCLOSURE

---

GALLO VITUCCI KLAR PINTER & COGAN
*Attorneys for Defendants*
90 Broad Street, 3rd Floor
New York, New York 10004
Tel: (212) 683-7100
Fax: (212) 683-5555
File No.: UH-2008-2

PRReceiptImage

**ROADSIDE ASSISTANCE: CALL 1-800-528-0355** - 3980UV 5826 Contract: 00722488
Dispatched From: 802082 - ONEWAY TO: ATLANTA EAST, GA - SAFE-PROTECTION(NO)

| U-HAUL EQUIPMENT CONTRACT | | One-Way Rental (OUT) | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Contract Number: 00722488<br>Thursday 7/26/2007 3:31 PM | U-HAUL SHEA STADIUM<br>(802082) | 3630 COLLEGE POINT BLVD<br>FLUSHING , NY. 11354 | (718)359-1919 |

| **Customer Name:** | **Customer Ph No(s):** | **Customer D/L:** | **Customer DOB:** |
|---|---|---|---|
| WALLACE COOKE<br>31-06 BUELL ST<br>EAST ELMHURST, NY 11369 | 646-294-2923<br>718-426-6983 | 275717743<br>NY<br>1212 | Dec 02, 1942 |
| 2003<br>Chevrolet<br>Trailblazer | 83960ase | NY | |

• I agree that only the "Towing Vehicle" listed on this contract will be used to tow U-Haul Equipment.
• I understand that U-Haul's policy is to not rent towing equipment to be towed by Ford Explorers.

**Originating Entity: 802082**          Upon Arrival in: ATLANTA EAST, GA  Return Equipment To:

| | | | |
|---|---|---|---|
| U-HAUL CT PETERS ST | 300 PETERS ST SW | ATLANTA EAST, GA | (404) 681-0502 |
| U-HAUL STORAGE CLAIRMONT | 2885 CLAIRMONT RD NE | ATLANTA EAST, GA | (404) 315-0681 |

If you cannot return all equipment by the date due, call 404 332 3180.

**Days Allowed: 5**          **MI Allowed: 1143.0**          Due Date/Time: 7/31/2007 3:33 PM

**Extra Days Allowed: 0**      **Extra MI Allowed: 0**

Extra Day Rate for the Trailer: $20.00 Per Day

| Equipment | MI Out | MI Rate | MI Charge | Coverage | Rental Rate | Rental Charge | Estimated Tax | Estimated Charges | Actual Charges |
|---|---|---|---|---|---|---|---|---|---|
| 3980UV 5826<br>tnj4777 OH | | | | $0.00 | $379.00 | $379.00 | $31.74 | $379.00 | |

| | |
|---|---|
| **Estimated Subtotal:** | $379.00 |
| **Estimated Tax:** | $31.74 |
| **Estimated Rental Charge (including Deposit):** | $410.74 |
| **Rental Deposit Paid:** | $0.00 |

| **Network:**<br>AMEX | **Account:**<br>XXXXXXXXXXX21003 | **Auth:**<br>520063 | **Credit Card Payment:** | $410.74 |
|---|---|---|---|---|
| | | | **Net Paid Today:** | $410.74 |

SafeMove Declined for Equipment 3980UV 5826 .

• U-Haul provides the Customer with minimum limits of protection required by that state or province where arises any claim, suit or cause of action. This provided protection is in excess or secondary to any insurance coverage(s) of the Customer. Customer assumes Sole Responsibility for any and all liability that exceeds the applicable minimum limits of protection for that state or province.
This description of coverage supersedes and renders void any Liability Insurance Coverage(s) described or implicated in the U-Haul Document Holder.
• **I agree to indemnify, defend and hold harmless U-Haul from and against all claims, damages and expenses resulting from the use of this equipment, including any fraudulent use.**
• **I permit U-Haul to retrieve information and data from Event Data Recorders installed on any vehicle used to tow U-Haul Equipment.**
• I understand that this equipment must be returned to one of the U-Haul drop-off locations listed on this contract or I must call the drop-off information number for directions.
• Failure to return this equipment by the contract due date and time and pay all amounts due (including the cost of damage) can be construed as intent to defraud and is punishable in accordance with state and local laws.
• I confirm that the equipment I am renting is clean and I agree to return this equipment clean or pay a cleaning fee.
• I understand that the equipment rented is water resistant and not water proof.
• I agree to pay all fees incurred in collecting unpaid rental charges and fees.
• I acknowledge that I have received the appropriate User Instructions and acknowledge my responsibility to fully read and understand these User Instructions before operating the equipment.
• I understand that I am financially responsible for all damages to equipment.
• I acknowledge that I have received and agree to the terms and conditions of this Rental Contract and the Rental Contract Addendum.

X _Wallace Cooke_                                    Rong Yu
   Customer Signature - (WALLACE COOKE)

**Contract Remarks**
SCHEDULED STATUS: JUL 26 2007 2:05PM SPOKE TO CUSTOMER SPOKE TO CUSTOMER SCHEDULING NOTE: Other - SCHEDULED BY TRAFFIC: P/U [7/26/2007 3:30 PM] - RETURN [7/31/2007 3:30 PM]



**USER INSTRUCTIONS**



# TRAILER
# USER
# INSTRUCTIONS

### STUDY THESE INSTRUCTIONS
### DAILY BEFORE OPERATING
### EQUIPMENT





## ⚠ WARNING ⚠

### FAILURE TO FOLLOW
### THESE INSTRUCTIONS
### MAY RESULT IN SERIOUS
### INJURY OR DEATH.

U-HAUL NJ 0002

# TABLE OF CONTENTS

WARNINGS......................................................1

EQUIPMENT....................................................2
YOUR RESPONSIBILITIES ...............................2
YOUR TOW VEHICLE ......................................2
THE U-HAUL RENTAL HITCH...........................5
YOUR TRAILER...............................................5
TIRE PRESSURE.............................................5

INSPECTING CONNECTIONS.................5
PERMANENT HITCH........................................5
U-HAUL C1M RENTAL HITCH...........................5
TRAILER COUPLER .........................................6
EMERGENCY SAFETY CHAINS.......................7
EMERGENCY BRAKE CHAIN...........................8
LIGHTING CONNECTIONS...............................8

LOADING YOUR TRAILER.......................9
VAN TRAILERS..............................................10
OPEN TRAILERS...........................................10
TONGUE WEIGHT..........................................11
DO NOT OVERLOAD ......................................12
HAZARDOUS MATERIALS ..............................12

TOWING ......................................................12
SAFETY RESTRAINTS ...................................13
CELL PHONES..............................................13
SPEED LIMIT.................................................13
STOPPING/FOLLOWING DISTANCE ............13
HILLS...........................................................14
PASSING ......................................................14
COMBINATION DISTURBANCES...................15
ROAD SHOULDERS ......................................15
BACKING UP ................................................16

BREAKDOWNS & ACCIDENTS ...........16
GET OFF THE ROAD......................................16
MINOR BREAKDOWNS...................................16
MAJOR BREAKDOWNS ..................................17
ALL ACCIDENTS...........................................17
ACCIDENT REPORTING.................................17
ACCIDENT FORM ..........................................18

GLOSSARY ..............................................20

TOWING CHECKLIST ........................ BACK

## ⚠ WARNING ⚠

**FAILURE TO READ AND FOLLOW ALL THE INSTRUCTIONS IN THIS BOOKLET MAY RESULT IN SERIOUS INJURY OR DEATH**

⚠ **DO NOT** put the vehicle in motion before everyone in the vehicle has their safety restraint fastened. See page 13.

⚠ **NEVER** use a cell phone when you are driving. You may become distracted and cause an accident. See Page 13.

⚠ Avoid accidents by slowing down. When driving at a lower speed you are less likely to lose control of the vehicle than when driving at a higher speed. The **recommended maximum speed** when towing a trailer is **45 mph.**

⚠ Load 60% of the cargo weight in the front half of the trailer. See page 10.

⚠ **NEVER** exceed the trailer's maximum gross weight posted in the trailer. See page 12.

⚠ **DO NOT** overload your tow vehicle. Check the Gross Vehicle Weight Rating (GVWR) on the label, inside the driver door. See page 3.

⚠ **NEVER** allow passengers in any trailer or load cargo on the outside of the trailer. See page 9.

⚠ **DO NOT** use any type of sport-utility vehicle, not equipped with a hard top, to tow a trailer. See page 2.

⚠ Use the check list before towing and while on the road. See back cover.

⚠ **ANTICIPATE STOPS! BRAKE EARLY!** Allow a 4 second gap between you and the vehicle in front of you. In adverse weather, allow at least a 5 second gap. See page 13.

⚠ Slow down for downgrades and shift your transmission into a lower gear. See page 14.

⚠ Slow down for curves, adverse weather, hazardous road conditions and expressway exits. See page 13.

⚠ Your vehicle/trailer combination may experience momentary disturbances. If a disturbance happens, **DO NOT** brake, speed up or turn the steering wheel. Let off the gas pedal and keep the steering wheel in a straight ahead position, sufficient to maintain the lane of travel. See page 15.

1

U-HAUL NJ 0004

## ⚠ WARNING ⚠

**CONTINUED**

⚠   If the combination travels off the paved road-way, hold the steering wheel firmly. Let off the gas pedal. **DO NOT** apply your brakes. **DO NOT** turn sharply. Slow down below 25 mph. Then gradually turn the steering wheel to get back on the roadway. Proceed with caution when entering traffic. See page 15.

# EQUIPMENT

## YOUR RESPONSIBILITIES

Driving a vehicle/trailer combination is different from driving a vehicle alone. These instructions are to help you, your passengers and your cargo reach your destination safely. If you have any questions while reading this booklet, please do not hesitate to contact the nearest U-Haul representative.

Your vehicle may be capable of storing information regarding vehicle speed, brake application, steering input, seat belt use or other vehicle information. In the event of an incident, law enforcement or others may access this information.

**If the driving duties are to be shared, make sure all drivers read and understand these instructions.**

## YOUR TOW VEHICLE

⚠ WARNING

U-Haul does not allow any type of sport-utility vehicle, not equipped with a hard top, to tow a trailer. Towing with vehicles not equipped with a hard top is no different than towing with a hard top vehicle. In the unlikely event of an accident, vehicles not equipped with a hard top offer less crash and ejection protection than vehicles that have a hard top.

For occasional towing, your vehicle can tow any single axle U-Haul trailer, as long as the loaded weight of the trailer does not exceed your vehicle's curb weight. Your vehicle also can occasionally tow any U-Haul trailer equipped with brakes, provided the curb weight of your tow vehicle is at least 80% of the loaded weight of the braked trailer.

Changes to your tow vehicle from how it was manufactured can affect its ability to tow. These

2

changes can include different tires, suspension changes, etc. Check your vehicle's owner manual or with an authorized automotive dealer to make sure any changes to your tow vehicle are approved. **DO NOT** tow the trailer if your tow vehicle has changes that are not approved.

If a tire goes flat on your tow vehicle, avoid driving on a compact spare tire any longer than necessary. Be sure the compact spare tire is properly inflated and do not exceed its weight limits. Check the vehicle manufacturer instructions for further information.

Refer to the owner's manual, decal instructions or an authorized automotive dealer for any specific handling characteristics of your tow vehicle.

## MAINTENANCE

Your tow vehicle's engine, transmission, steering, suspension, front end alignment, and tire condition, if not properly maintained, may affect the vehicle's ability to tow the trailer at the **recommended maximum speed** of **45 mph.** Have an authorized automotive repair facility inspect and repair your vehicle **before** towing.

To find the capabilities of the engine, transmission and axles of your vehicle for towing, refer to the owner's manual, or check with an authorized automotive dealer.

## TOWING EQUIPMENT REQUIREMENTS

### Hitches

Hitches must be able to tow the weight of the trailer and its cargo. If your tow vehicle does not have an adequate hitch system, a U-Haul representative can advise you on the type of hitch required for your intended use.

### Hitch Balls

If the tow vehicle has the proper hitch, a U-Haul representative can advise you on the correct ball size and rating for your trailer. Hitch ball sizes of 1-7/8", 2" and 2-1/8" are acceptable with a U-Haul trailer coupler.

### Other Hitch Systems

Weight distributing or sway control devices **ARE NOT RECOMMENDED** for towing U-Haul trailers. Towing a properly loaded U-Haul trailer does not require these devices (see page 9). These devices may have an effect on vehicle braking and may restrict the operation of the trailer coupling mechanism.

3

U-HAUL NJ 0006

**Lights and Mirrors**

When towing a trailer, all lights must be operational. Also, your tow vehicle must have external mirrors on both sides. A U-Haul representative can advise you of the systems available if your vehicle is not properly equipped.

## LOADING YOUR TOW VEHICLE

To find how much weight you are allowed to put in your tow vehicle, including driver, passengers, cargo and any additional equipment:

**Step 1:** Find the tow vehicle manufacturer's recommended Gross Vehicle Weight Rating (GVWR). This is found on a label inside the driver door.

Answer _____ pounds

**Step 2:** Subtract the curb weight of your tow vehicle from the answer in Step 1. Contact your U-Haul Representative for help in finding the curb weight of your tow vehicle.

Answer _____ pounds

**Step 3:** Subtract 250 pounds from the answer in Step 2 if your trailer has 2 tires. Subtract 400 pounds from the answer in Step 2 if your trailer has 4 tires.

Answer _____ pounds

The answer in Step 3 is the amount of weight you can put in your tow vehicle. This weight includes driver, passengers, cargo and any additional equipment.

If the rear of your tow vehicle seems low, reduce the load in the rear seat, trunk or cargo bed areas. This can affect handling and headlight aim.

4

U-HAUL NJ 0007

## THE U-HAUL RENTAL HITCH

The U-Haul rental hitch has a maximum rating of 5,000 pounds. Make sure the towing vehicle bumper is not cracked and is securely bolted to the towing vehicle on both sides. The bumper is part of your vehicle. U-Haul does not warrant the bumper, nor will we pay for the cost of repairing or replacing it.

## YOUR TRAILER

After a U-Haul representative has hooked up the trailer, it is important for you to inspect all connections before and during your trip.

**U-Haul does not recommend that you try to detach or attach the trailer, hitch ball, coupler, safety chains, or light connectors, unless an emergency arises.** If you suspect or detect something is wrong, please contact the nearest U-Haul representative.

## TIRE PRESSURE

Set all tires to the proper pressure. Find the recommended **COLD** pressures on the tire sidewall, owner's manual, your vehicle's door decal or on the trailer decal. **DO NOT** put more pressure in the tire than is indicated on the tire sidewall. Tire pressures go up during driving. **DO NOT** let off this extra pressure.

# INSPECTING CONNECTIONS

Check all connections at each stop. Use the checklist on the back cover.

## PERMANENT OR TOW BUMPER HITCH

Make sure the hitch is securely attached to your tow vehicle and the hitch ball is securely attached to the hitch.

## U-HAUL C1M RENTAL HITCH (FIG. 1)

1) Make sure that the top (A) and bottom (B) hooks are securely attached to the bumper (C).
2) Check that the top and bottom hooks (A&B) are located as close as practical to the bumper mounting bracket (D).
3) If your tow vehicle has bumper guards, make sure the hitch cross bar (E) does not contact the bumper guards.
4) The hitch ball (F) should be vertical and centered on the rear bumper (C) and the hitch cross bar (E) should be level.

5

5) The hook chains (H) must have one chain link engaged in the key hole shaped slots (J) before firmly tightening the wing nut (K).

6) When the wing nuts (K) are hand tightened, the compression springs (L) under the wing nuts should compress fully.

7) If the hitch ball is not vertical or the hitch cross bar (E) is not level, loosen the wing nuts, use a different chain link in the key hole slot (J) and repeat step 6.



**Fig. 1**

## COUPLER (FIG. 2-4)

Push down on the latch (C) and fully loosen handwheel (D) by turning counter-clockwise. Lower the coupler (B) onto the hitch ball (A) as shown (Fig 2).



**Fig. 2**

Check that you can feel the ball clamp (E) positioned below the coupler (B). The coupler should completely cover and enclose the hitch ball (A).



**Fig. 3**

6

Hand-tighten the coupler by pushing down on the latch (C) while rotating the handwheel (D) clockwise. When the handwheel becomes tight, push back on the trailer or slowly move the tow vehicle forward several inches to ensure that the hitch ball is properly seated within the coupler. Recheck that the handwheel is tight.



**Fig. 4**

### EMERGENCY SAFETY CHAINS (FIG. 5)

The purpose of the safety chains is to keep the trailer connected to your tow vehicle in the unlikely event the coupler comes off the ball or the ball comes off the hitch. Safety chains are attached to the trailer tongue and are equipped with "S"-hooks on their free ends. **DO NOT** attempt to tow the trailer by the safety chains alone, unless it is necessary to get the combination off the roadway to a safe place. **DO NOT** tow the trailer without the safety chains securely attached to the towing vehicle.

The left chain (A) crosses underneath the trailer tongue (B) and hooks to the right side of the tow vehicle frame (C) or structure, the tow vehicle bumper brackets or to the permanent hitch. The right chain (D) hooks to the left side in the same manner. The "S"-hooks can be placed through a link in the chain. Crossing the chains under the tongue allows the minimum amount of slack for turning. This method may prevent the tongue (B) from striking the pavement in the unlikely event the trailer becomes separated from the tow vehicle.

7

U-HAUL NJ 0010

*The chains (A&D) need slack to allow your vehicle to make turns. Make sure these chains attach securely to your tow vehicle and do not drag on the roadway.*



**Fig. 5**

## EMERGENCY BRAKE CHAIN (FIG. 6)

Trailers with brakes have a third chain, called the emergency brake chain (E). This chain applies the brakes automatically in the unlikely event of a separation of the trailer from the tow vehicle. Attach this chain to the tow vehicle frame member or structure or bumper bracket (C). Use slightly less chain than your safety chains. *Slack is necessary to prevent the emergency brake from activating on turns or inclined driveways.*



**Fig. 6**

## LIGHTING CONNECTIONS

Before starting your trip, get familiar with the lighting wire connections. Make sure all tow vehicle and trailer lights function properly. The connecting wires need slack to allow your tow vehicle to make turns. Do not allow wires to drag on the roadway.

There are two types of lighting connectors on U-Haul trailers, the 4-Way Flat connector or the bullet connector. Identify which type your trailer has and follow the appropriate instructions below.

### 4-Way Flat

If your tow vehicle has a 4-way flat lighting system, connect the trailer lights by plugging into the tow vehicle connection plug. If your tow vehicle does not

8

have a 4-way flat lighting connection system your U-Haul representative will be able to instruct you on the connection steps for your vehicle.

**Bullet Connector**

If your tow vehicle is equipped to accept a Bullet connector system, follow the instructions listed below. If your tow vehicle does not have a Bullet connector system, your U-Haul representative will be able to instruct you on the connection steps for your vehicle.

The trailer has a separate lighting wire for the left and right sides. Check that the left trailer wire is attached to the left side vehicle connector. The right trailer wire must connect to the right side vehicle connector.

The wire on each side of the tongue is made of two or three separate colored wires. On a trailer with two wires, the black wire (brake and turn signals) is plugged into the black connector. The white wire (running lights) is plugged into the white connector.

For a trailer that has three separate colored wires on each side, the black wire (brake lights) is plugged into the black connector. The white wire (running lights) is plugged into the white wire connector. The green wire (turn signal) is plugged into the green connector.

When the trailer has three wires per side and the tow vehicle only has two connectors per side, do not attach the green (turn signal) wire. The turn signals will work through the black wires.

**LOADING YOUR TRAILER**

⚠ **WARNING**

Failure to follow these loading instructions may result in disturbances of your tow vehicle/trailer combination at the **recommended maximum speed of 45 mph or below.**

If you have any questions about loading your U-Haul trailer, contact U-Haul Customer Services at 1-800-789-3638.

⚠ **WARNING**

Never allow passengers in the cargo area of any trailer. It is against the law in most states and passengers risk injury due to shifting cargo, asphyxiation and lack of collision protection.

9

U-HAUL NJ 0012

**DO NOT** load cargo on the outside of the trailer. Loading cargo outside the trailer may result in a disturbance of the vehicle/trailer combination at or below the **recommended maximum speed** limit of **45 mph.**

## VAN TRAILERS

*Load your trailer with at least 60% of the cargo weight in the front half of the trailer.* Do this by loading the heaviest items first (such as appliances, tool boxes, boxes of books, etc.) in the front of the trailer, then load your lighter items near the top and to the rear. The centerline of the trailer box is marked on the inside of the trailer. Pack all items closely and firmly. This will place the proper amount of weight on the hitch (tongue weight). Secure the heavy items with rope to the tie downs in the trailer. If the trailer is not completely full, secure the load with rope to the trailer tie downs. This will prevent the load from shifting or damaging your belongings.



## OPEN TRAILERS

*Load heavier in the front of the box* (60% of the cargo weight). When loading an open trailer, follow the same instructions as outlined when loading a van trailer, except **DO NOT** load small goods above the height of the trailer box side. Secure the cargo to prevent the load from shifting or damaging your belongings.

A U-Haul representative can advise you on the equipment available to protect your goods.



10

U-HAUL NJ 0013

## TONGUE WEIGHT

The following guideline is to help you make sure enough weight is on the towing hitch (tongue weight).

### DO NOT DISCONNECT THE TRAILER

Step 1: With the tow vehicle and trailer *empty*, and the trailer attached to your tow vehicle, measure the distance from the ground to the top of the trailer coupler handwheel.



**Answer _____ inches**

Step 2: With the trailer *fully loaded* and the tow vehicle *empty*, measure the distance from the ground to the top of the trailer coupler handwheel.



**Answer _____ inches**

Step 3: Subtract the answer in Step 2 from the answer in Step 1. (Answer 1 – Answer 2)

**Answer _____ inches**

If your answer in Step 3 is greater than or equal to 1 inch, your trailer has enough tongue weight. If your answer is less than 1 inch, it is recommended that you reload your trailer, and put more weight in the front of the trailer. An answer in Step 3 less than 1 inch, can create a disturbance in your tow vehicle/trailer combination at the **recommended maximum speed of 45 mph or below.**

Take your tow vehicle/trailer combination for a short test drive. If you feel the combination is not handling properly, reload your trailer.

If you are not sure the trailer is properly loaded, take your tow vehicle/trailer combination to the nearest U-Haul representative and ask if your trailer is properly loaded.

11

U-HAUL NJ 0014

## DO NOT OVERLOAD

U-Haul trailers are designed to move household-type goods. Commercial loads (such as wood, food products, machinery, etc.) are heavier than household goods. **DO NOT** load the trailer more than one-third full, if you intend to move these items. Sand, dirt and gravel are even heavier, and require that you **DO NOT** load more than a maximum of four inches above the trailer floor.

Every U-Haul trailer has an empty and maximum gross (fully loaded) weight labeled on the inside of the trailer at the front. Never load the trailer so that it exceeds this maximum gross weight. If in doubt, check the weight at a commercial or state scale. (See the Yellow Pages under "Scales, Public.")

## HAZARDOUS MATERIALS

⚠ **WARNING**

**DO NOT** transport hazardous materials, corrosives, explosives or flammables such as gasoline or paint thinner. A container that is almost empty is just as dangerous as a full one. Flammables may explode or ignite through spontaneous combustion from vehicle movement.

Empty and air out the tanks on lawn mowers, camping stoves and lanterns before loading.

Propane tanks cannot be transported unless secured standing upright.

⚠ **WARNING**

**NEVER** fill a portable fuel container **IN** or **ON** the trailer. Vapors can be extremely flammable and explosive.

Securely close and properly package household cleaning products.

# TOWING

Be rested before driving. **DO NOT** drive when fatigued. Avoid driving at night. Night drivers have a 3 times greater fatality rate.

**U-Haul does not recommend using cruise control or overdrive when towing a trailer.**

12

U-HAUL NJ 0015

## SAFETY RESTRAINTS

U-Haul recommends all occupants wear appropriate safety restraints at all times while riding in a vehicle. State laws require children to be restrained while in a vehicle. Smaller children and babies should always be restrained in an approved child or infant restraint. Refer to vehicle manufacturer instructions and the child restraint instructions for proper application and usage for your child.

**⚠ WARNING**

Rear-facing infant seats should never be placed in the front seat of the tow vehicle equipped with a passenger-side air bag. A child may be seriously injured if an activated airbag strikes the child restraint.

## CELL PHONES
**⚠ WARNING**

**DO NOT** use a cell phone when you are driving. You may become distracted and cause an accident. If you need to use a cell phone while driving, find a safe place to exit the roadway, such as a rest area, before using the cell phone.

## SPEED LIMIT
**⚠ WARNING**

Avoid accidents by slowing down. When driving at a lower speed you are less likely to lose control of the vehicle than when driving at a higher speed. Excess speed is a major cause of vehicle/trailer combination accidents. The **recommended maximum speed** when towing a trailer is **45 mph.** Observe this limit or the posted speed limit, whichever is lower. Slow down for curves, adverse weather, hazardous road conditions and expressway exits. Do not feel secure if your trailer tows easily at higher speeds. A road hazard that could be avoided at **45 mph,** may become unavoidable at 55 mph.

## STOPPING/FOLLOWING DISTANCE
**⚠ WARNING**

Your vehicle/trailer combination is heavier and longer than your vehicle alone. This means it will take you longer to stop.

13

U-HAUL NJ 0016

⚠ Allow at least 4 seconds between you and the vehicle in front of you. Start counting when the back of the vehicle in front of you passes a fixed object, such as a sign post, telephone pole, or crack in the road. Count "one thousand and one, one thousand and two, one thousand and three, one thousand and four". If the front of your vehicle reaches the object before the end of the 4 seconds, ease off the gas pedal slightly to increase the distance. Then check your following distance again.

⚠ If you are driving in adverse weather, such as rain, snow, or fog, use at least a 5 second gap.

## HILLS

To prevent your tow vehicle's engine from lugging when traveling up hills, shift into lower gears. This will improve gas mileage and reduce engine overheating.

### ⚠ WARNING:

Disturbances happen more frequently going downhill. Prevent this by decreasing speed **BEFORE** starting down the hill. Shift into lower gears, allowing the engine to help you control your speed.

**DO NOT** ride the brake pedal going downhill. Prolonged use of your brakes results in overheating and the loss of braking effectiveness. When you need to slow down, apply the brake pedal and slow down below the **45 mph recommended maximum speed.** Then let completely off the brake pedal.

## PASSING

Your vehicle/trailer combination is heavier and longer than your tow vehicle alone and you will require more time and distance to pass.

### ⚠ WARNING:

Passing by another vehicle in the same or opposite direction can result in a disturbance. This disturbance is greater as the speed of your vehicle increases. See the COMBINATION DISTURBANCES section on what to do if a disturbance happens.

14

U-HAUL NJ 0017

**COMBINATION DISTURBANCES**

One or more causes (cross winds, passing vehicles, driver steering inputs, improper loading, excessive speed, etc.) may result in a disturbance.

⚠ **WARNING**

During a combination disturbance, applying your brakes or turning the steering wheel can cause a jackknife, loss of control or both. If a disturbance happens

⚠ Let off the gas pedal. **NEVER** speed up to try to control a disturbance.

⚠ **DO NOT** apply your brakes.

⚠ Steer straight ahead, sufficient to maintain your lane of travel. **DO NOT** try to control the disturbance by turning the steering wheel.

After the disturbance has stopped:

⚠ Pull a safe distance off the roadway and stop. Get all occupants out of the vehicle and away from the roadway.

⚠ Check the cargo in the trailer to make sure the load has not shifted. Also make sure the trailer is loaded heavier in front.

⚠ Check that all the tires are properly inflated and all lug nuts are tight.

⚠ Check the trunk or cargo bed of the towing vehicle to make sure it is not overloaded.

⚠ **DO NOT** exceed the **45 mph recommended maximum speed**. Disturbances happen most often at higher speeds.

If the disturbance persists, contact the nearest U-Haul representative and have them inspect or exchange the trailer, if necessary. If the disturbance still occurs, something is wrong with your tow vehicle.

## ROAD SHOULDERS

Sometimes the trailer is wider than the tow vehicle. Allow for this by driving in the center of your lane.

⚠ **WARNING**

If wheel(s) of the vehicle/trailer combination go off the paved roadway:

⚠ Hold the steering wheel firmly.

⚠ Let off the gas pedal and slow down below 25 mph.

⚠ **DO NOT** apply your brakes.

⚠ **DO NOT** turn the steering wheel sharply.

15

U-HAUL NJ 0018

 After slowing below 25 mph, gradually turn the steering wheel to get back on the roadway.

⚠ Proceed with caution when entering traffic.

## BACKING UP

Keep your hand at the bottom of the steering wheel. To move the trailer left, move your hand left. To move the trailer right, move your hand right. If your tow vehicle/trailer combination starts to jackknife, or isn't headed where you want it, STOP. Pull forward to straighten out, then start again.

# BREAKDOWNS & ACCIDENTS
## GET OFF THE ROAD

Immediately park your tow vehicle/trailer combination in a safe place, completely off the roadway. Turn on your emergency flashers. Get all occupants out of the vehicle and away from the roadway.

If you must continue on the roadway to reach a safe place off the road, turn on your emergency flashers and proceed with caution.

Do not hesitate to drive on a flat tire if it is necessary to reach a safe place completely off the roadway. Drive slowly, since the scraping tire and wheel could cause a fire.

### MINOR BREAKDOWNS

If the trailer's mechanical problem is minor, and the combination can be safely driven, proceed to the nearest U-Haul representative. A U-Haul representative can be found in the white pages under "U-Haul". If a local U-Haul agency cannot be contacted, call the U-Haul hotline.

> **U-HAUL HOTLINE**
> **1-800-528-0355**
> **24 HOURS - 7 DAYS A WEEK**

16

U-HAUL NJ 0019

## MAJOR BREAKDOWNS

If the mechanical problem is major or if the combination cannot be driven safely, call U-Haul Hotline. Be prepared to give your exact location and a callback telephone number and have your contract with you when you call. The Hotline will have a U-Haul representative contact you and do whatever is necessary.

---

**U-HAUL HOTLINE**
**1-800-528-0355**
**24 HOURS - 7 DAYS A WEEK**

---

## ALL ACCIDENTS

In case of an accident, get everyone out of the vehicle and completely off the roadway. Call a doctor or ambulance if anyone is injured. Care for yourself and the people with you. Notify the police as soon as possible.

Call U-Haul Hotline if anyone is injured, another vehicle is involved in the accident, or there is any damage.

Get the following information of all parties involved in the accident: name, address, home and business phone number. From the other driver get their driver's license number, the state the driver's license was issued and their insurance carrier's name. Use the form on the next page.

Be courteous and calm. Do not argue. Make no comment regarding the accident to anyone except the police, a U-Haul representative or insurance carrier, or your insurance carrier.

For your protection, complete a U-Haul Equipment Damage Report when returning the trailer.

## ACCIDENT REPORTING

Fill out the On-Scene Accident Information Form found on the next page of this booklet. Completion of this brief form will ensure you prompt action. Bring this booklet with the completed form with you when returning your trailer.

17

U-HAUL NJ 0020

## ON-SCENE ACCIDENT INFORMATION

DATE & TIME OF ACCIDENT

☐ AM ☐ PM

STREET OR HIGHWAY

CITY                              STATE

ACCIDENT INVESTIGATED BY:

ACCIDENT REPORT NUMBER

### OTHER VEHICLE DRIVER'S INFORMATION

OTHER DRIVER'S NAME

CURRENT ADDRESS

CITY                              STATE          ZIP

HOME PHONE              BUSINESS PHONE
(    )        -         (    )        -      EXT
OTHER DRIVER'S LICENSE NUMBER      STATE

OTHER DRIVER'S INSURANCE CO.

POLICY NUMBER

WITNESSES/ADDRESS/PHONE

NOTES/DESCRIBE ACCIDENT

18

## ACCIDENT DESCRIPTION

19

U-HAUL NJ 0022

# GLOSSARY

**COUPLER –** The part of the tongue that covers and connects to the hitch ball.

**HANDWHEEL –** The device on top of the coupler that tightens or loosens the ball clamp around the hitch ball.

**SAFETY CHAINS –** The chains that are attached to the trailer tongue with hooks on their free ends. These chains keep the trailer connected to the tow vehicle should the coupler come off the hitch ball or the hitch ball comes off the hitch.

**TONGUE –** The part of the trailer from the trailer box to the coupler.

**TONGUE WEIGHT –** The downward weight applied by the trailer on the hitch ball.



**CURB WEIGHT –** The weight of the vehicle with standard equipment, full of all fluids and appropriate options.

**GVWR –** The weight specified by the manufacturer as the recommended maximum weight of a single vehicle.

**HARD TOP –** A metal or fiberglass rigid structure that fastens to the vehicle and encloses the occupant compartment.

U-HAUL NJ 0023

**HITCH –** The device providing the connection between the tow vehicle and the trailer. May be a permanent hitch or a rental hitch.



PERMANENT



TOW BUMPER

RENTAL

**HITCH BALL –** The ball-shaped portion of the hitch onto which the coupler is attached.

**SAFETY RESTRAINT –** Seat belts for adults and older children, approved child or infant restraints for smaller children. Refer to the vehicle manufacturer instructions and the child restraint instructions for proper application and usage for your child.

**TOW VEHICLE –** The vehicle that pulls the trailer.

**DISTURBANCE –** Movement of the tow vehicle, trailer or both from their intended path, due to one or more causes (i.e.: cross winds, passing vehicles, road surfaces, driver steering inputs, improper loading, excessive speed, etc.).

**JACKKNIFE –** When the tow vehicle and the trailer are at an excessive angle to each other.



**LUGGING –** The engine is temporarily overloaded, such as a vehicle going up a steep hill. The vehicle may jerk when the engine is lugging.

21

U-HAUL NJ 0024

# TIME TO REORDER

# TRAILER



# USER INSTRUCTIONS

## PRODUCT NUMBER 69461001(V)

©2005 U-HAUL®





## www.uhaul.com

---

## TOWING CHECKLIST
### (USE AT EACH STOP)

**BEFORE TOWING**
- ☐ Towing hitch and hitch ball are tight.
- ☐ Coupler handwheel is tight.
- ☐ Safety chains are properly attached and secure.
- ☐ All lights are connected and working.
- ☐ Check all tires for correct pressure.
- ☐ Load trailer heavier in front.

**BEFORE DRIVING**
- ☐ Fasten safety restraints.
- ☐ Properly adjust mirrors.

**ON THE ROAD**
- ☐ Reduce speed to **45 mph** or below.
- ☐ Stop often for rest.
- ☐ Inspect vehicles and connections at each stop.
- ☐ Anticipate stops, brake early.

---

## REMEMBER

ACCIDENTS ARE CAUSED BY:
- Driver error
- Excessive speed
- Failure to load trailer heavier in front



69461001(V) @6/05 U-HAUL® INT'L.

U-HAUL NJ 0026

## RENTAL CONTRACT ADDENDUM
### DOCUMENT HOLDER
### RETURNING EQUIPMENT




# DO YOU NEED STORAGE HERE
or
# AT YOUR DESTINATION?

U-HAUL 24/7

# No Problem!
## I Can Help!



## STORAGE ROOMS TO FIT YOUR NEEDS

**5' x 5' Storage Room**
Miscellaneous storage
Up to 2 Rooms

Perfect for: Dining Extra Items, Twin-Size Mattress, Dresser, Chairs, Boxes, Bicycle, Round-Fire Storage, Business Merchandise, Boxes.

4' x 8' or 5' x 8' Trailer

**5' x 10' Storage Room**
Studio or 1 Bedroom Home
(Up to 1,200 sq. ft.)

Perfect for: Studio or One Bedroom Home, Queen-Size Mattress, Multi-Appliances, Furniture, Clothing, Boxes, Business Merchandise, Bicycle.

10' or 14' Van

**10' x 10' Storage Room**
Up to 3 Bedroom Home
(1,200 - 1,800 sq. ft.)

Perfect for: Two Bedrooms, King-Size Mattress, Major Appliances, Furniture, Clothing, Boxes, Business Merchandise.

17' Van

**11' x 15' Storage Room**
3 Bedroom Home
(1,800 - 2,000 sq. ft.)

Perfect for: Three Bedrooms, King-Size Mattress, Major Appliances, Furniture, Clothing, Boxes, Business Merchandise.

24' Van

**10' x 20' Storage Room**
4 Bedroom Home or Larger (2,000 sq ft. & above)

Perfect for: Four Bedrooms, King-Size Mattress, Major Appliances, Furniture, Clothing, Boxes and Business Merchandise.

26' Van

Call 1-800-UHI-STOR / 1-800-844-7867

It's not too late. You'll assure can we have helped to load or unload your truck or storage room – home or at your destination... ask a U-HAUL at any U-HAUL location.

U-HAUL NJ 0027

## BINDING ARBITRATION OF DISPUTES:

You and U-Haul agree that any and all disputes that are subject to this Agreement, you and U-Haul, Co. agree to have all disputes between you settled by an independent and neutral arbitrator.

## INSERT RENTAL CONTRACT, USER'S GUIDE AND MISC. PAMPHLETS HERE.

## 1. YOU MUST PLACE TRUCK/TRAILER DISPATCHING VALIDATION TAG HERE.

## 2. YOU MUST PLACE SUVA/ADDITIONAL EQUIPMENT DISPATCHING TAG HERE.

U-HAUL NJ 0028

# Repair Statement

Please enter an Entity/Equipment number and a Statement Number.

| | | | | | |
|---|---|---|---|---|---|
| Entity #: | 704050 | Statement #: | 00562649 - FINALIZED | Repair Date: | 09/02/2006 |
| MCO | District | Type | Employee | RPO Number | Charged To |
| 704 | 1 | Center | 38419 | | 704050 |
| Name | Phone | Address | | FAC LIC #: | Exp Date: |
| U-HAUL CTR 82ND AVE | 5036593800 | 11811 SE 82ND PORTLAND, OR 97266 | | | |

| Vendor# | | Name | | Phone | |
|---|---|---|---|---|---|

| Equipment # | | Mileage | VIN | | |
|---|---|---|---|---|---|
| 3980 UV 5826 | | 0 | 14HU08108CWUV5826 | | |
| Authorization # | | Make | Year | Plate # | Plate State |
| | | UHI | 1982 | 84R099 | TX |

| Invoice # | Invoice Date | | Date Paid | Check Number | |
|---|---|---|---|---|---|

| Statement Total | Statement Labor Total | Statement Parts Total | | | EDR |
|---|---|---|---|---|---|
| $3.19 | $3.19 | Nothing | | | |

| Type | Line | Item ID | Description | Qty | Time | Cause | Price | Mech |
|---|---|---|---|---|---|---|---|---|
| Labor | 18 | 5101 | SAFETY CERTIFICATION | 1.00 | 0.01 | N | $0.29 | |
| Employee Licence #: | | Employee Actual | Employee Recovered | | Employee Percent | | Employee Name | |
| | | 1.00 | 1.00 | | 100.0 | | N/A | |
| Labor | 19 | 10 | ELECTRICAL | 1.00 | 0.10 | N | $2.90 | |
| Employee Licence #: | | Employee Actual | Employee Recovered | | Employee Percent | | Employee Name | |
| | | 1.00 | 1.00 | | 100.0 | | N/A | |
| Statement Total: | | | | | | | | $3.19 |

Contact  User policy

Copyright 2004 U-Haul International, Inc. All rights reserved. U-Haul® is a registered trademark of U-Haul International, Inc.

U-HAUL NJ 0029

# Repair Statement

Please enter an Entity/Equipment number and a Statement Number.

| Entity #: | 148000 | Statement #: | 00310350 - FINALIZED | Repair Date: | 03/12/2007 |
|---|---|---|---|---|---|
| MCO | District | Type | Employee | RPO Number | Charged To |
| 703 | 1 | Repair Shop | 44356 | | 148026 |
| Name | Phone | Address | | FAC LIC #: | Exp Date: |
| SPOKANE SHOP | 5099240702 | 14505 E SPRAGUE AVE SPOKANE, WA 99216 | | | |

| Vendor# | | Name | | Phone | |
|---|---|---|---|---|---|

| Equipment # | | Mileage | VIN | | |
|---|---|---|---|---|---|
| 3980 UV 5826 | | 0 | 14HU08108CWUV5826 | | |
| Authorization # | | Make | Year | Plate # | Plate State |
| | | UHI | 1982 | 84R099 | TX |

| Invoice # | | Invoice Date | | Date Paid | | Check Number | |
|---|---|---|---|---|---|---|---|

| Statement Total | Statement Labor Total | Statement Parts Total | | EDR |
|---|---|---|---|---|
| $32.67 | $32.67 | Nothing | | |

| Type | Line | Item ID | Description | Qty | Time | Cause | Price | Mech |
|---|---|---|---|---|---|---|---|---|
| Labor | 1 | 119 | WHEEL BEARING ADJUSTMENT | 2.00 | 0.10 | N | $5.40 | |

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---|---|---|---|---|
| | 0.20 | 0.20 | 100.0 | JAHN, JASON L |

| Labor | 2 | 3393 | INSTALL VIN & LICENSE KIT | 1.00 | 0.40 | N | $10.80 | |
|---|---|---|---|---|---|---|---|---|

| Condition | CAMPAIGN DUE |
|---|---|
| Cause | NORMAL |
| Correction | COMPLETE CAMPAIGN |

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---|---|---|---|---|
| | 0.40 | 0.40 | 100.0 | JAHN, JASON L |

| Labor | 3 | 5059 | CUSTOMER READY APPEARANCE/TRLS | 1.00 | 0.60 | N | $16.20 | |
|---|---|---|---|---|---|---|---|---|

| Condition | REPAIRS COMPLETED |
|---|---|
| Cause | CUSTOMER READY DUE |
| Correction | CUSTOMER READY COMPLETED |

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---|---|---|---|---|
| | 0.60 | 0.60 | 100.0 | JAHN, JASON L |

| Labor | 4 | 5101 | SAFETY CERTIFICATION | 1.00 | 0.01 | N | $0.27 | |
|---|---|---|---|---|---|---|---|---|

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---|---|---|---|---|
| | | | | |

U-HAUL NJ 0030

|  | 0.01 | 0.01 | 100.0 | JAHN, JASON L |
| --- | --- | --- | --- | --- |

**Statement Total:** $32.67

Contact  User policy

Copyright 2004 U-Haul International, Inc. All rights reserved. U-Haul® is a registered trademark of U-Haul International, Inc.

U-HAUL NJ 0031

## Repair Statement

Please enter an Entity/Equipment number and a Statement Number.

| Entity #: | | 425000 | Statement #: | 00393241 - FINALIZED | Repair Date: | 07/17/2007 |
|---|---|---|---|---|---|---|
| MCO | | District | Type | Employee | RPO Number | Charged To |
| 839 | | 14 | Repair Shop | 69591 | | 425000 |
| Name | | Phone | Address | | FAC LIC #: | Exp Date: |
| EAST HAMILTON RERS #425 | | 9055613653 | 2275 BARTON ST EAST HAMILTON, ON L8E2W8 | | | |

| Vendor# | | | Name | | Phone | |
|---|---|---|---|---|---|---|

| Equipment # | | Mileage | VIN | | | |
|---|---|---|---|---|---|---|
| 3980 UV 5826 | | 0 | 14HU08108CWUV5826 | | | |
| Authorization # | | Make | Year | Plate # | Plate State | |
| | | UHI | 1982 | 84R099 | TX | |

| Invoice # | | Invoice Date | | Date Paid | Check Number | |
|---|---|---|---|---|---|---|

| Statement Total | Statement Labor Total | Statement Parts Total | | EDR |
|---|---|---|---|---|
| $23.12 | Nothing | $23.12 | | |

| Type | Line | Item ID | Description | Qty | Time | Cause | Price | Mech |
|---|---|---|---|---|---|---|---|---|
| Part | 1 | 28246003 | LIGHT, TAIL/STOP LED RND, M418 | 2.00 | 0.00 | N | $22.02 | |
| Part | 2 | PRO | PRODUCTION SUPPLY | 2.20 | 0.00 | N | $1.10 | |
| Statement Total: | | | | | | | | $23.12 |

Contact  User policy

Copyright 2004 U-Haul International, Inc. All rights reserved. U-Haul® is a registered trademark of U-Haul International, Inc.

U-HAUL NJ 0032

# Repair Statement

Please enter an Entity/Equipment number and a Statement Number.

| Entity #: | 217000 | Statement #: | 00260240 - FINALIZED | Repair Date: | 08/17/2007 |
|---|---|---|---|---|---|
| MCO | District | Type | Employee | RPO Number | Charged To |
| 813 | 11 | Repair Shop | 07709 | | 217000 |
| Name | Phone | Address | | FAC LIC #: | Exp Date: |
| CINNAMINSON REPAIR SHOP | 8567868488 | 2101 RET 130 CINNAMINSON, NJ 08077 | | | |

| Vendor# | | Name | | Phone | |
|---|---|---|---|---|---|

| Equipment # | Mileage | VIN | | | |
|---|---|---|---|---|---|
| 3980 UV 5826 | 0 | 14HU08108CWUV5826 | | | |
| Authorization # | Make | Year | Plate # | Plate State | |
| | UHI | 1982 | 84R099 | TX | |

| Invoice # | Invoice Date | Date Paid | Check Number |
|---|---|---|---|

| Statement Total | Statement Labor Total | Statement Parts Total | | EDR |
|---|---|---|---|---|
| $537.53 | $116.87 | $420.66 | | |

| Type | Line | Item ID | Description | Qty | Time | Cause | Price | Mech |
|---|---|---|---|---|---|---|---|---|
| Labor | 1 | 5059 | CUSTOMER READY APPEARANCE/TRLS | 1.00 | 0.60 | N | $17.40 | |
| Employee Licence #: | | Employee Actual | Employee Recovered | Employee Percent | | Employee Name | | |
| | | 0.60 | 0.60 | 100.0 | | MARTOCELLO, DANIEL S | | |
| Labor | 2 | 5103 | LEVEL 3 - INSPECTION | 1.00 | 0.01 | N | $0.29 | |
| Employee Licence #: | | Employee Actual | Employee Recovered | Employee Percent | | Employee Name | | |
| | | 0.01 | 0.01 | 100.0 | | MARTOCELLO, DANIEL S | | |
| Part | 3 | 28245002 | LIGHT,MARKER,AMBER,3/4 X 3-1/2 | 2.00 | 0.00 | N | $3.98 | |
| Labor | 4 | 7235 | MARKER LIGHT - REPLACE | 2.00 | 0.20 | N | $11.60 | |
| Employee Licence #: | | Employee Actual | Employee Recovered | Employee Percent | | Employee Name | | |
| | | 0.40 | 0.40 | 100.0 | | MARTOCELLO, DANIEL S | | |
| Part | 5 | 41576028 | COUPLER ASSY, FINAL 2-1/2 | 1.00 | 0.00 | N | $104.38 | |
| Labor | 6 | 3417 | IS INCLUDED IN 3403 | 0.00 | 0.00 | N | $0.00 | |
| Employee Licence #: | | Employee Actual | Employee Recovered | Employee Percent | | Employee Name | | |
| | | 0 | 0 | 0 | | MARTOCELLO, DANIEL S | | |
| Labor | 7 | 1256 | TONGUE (TWO SIDES) - REWIRE | 1.00 | 0.50 | N | $14.50 | |
| Employee Licence #: | | Employee Actual | Employee Recovered | Employee Percent | | Employee Name | | |
| | | 0.50 | 0.50 | 100.0 | | MARTOCELLO, DANIEL S | | |

U-HAUL NJ 0033

| Part | 8 | 46164002 | BALL CLAMP ASSY KIT | | 1.00 | 0.00 | N | $11.18 |
|------|---|----------|---------------------|--|------|------|---|--------|
| Labor | 9 | 3410 | IS INCLUDED IN 3417 | | 0.00 | 0.00 | N | $0.00 |

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---------------------|-----------------|--------------------|------------------|---------------|
| | 0 | 0 | 0 | MARTOCELLO, DANIEL S |

| Part | 10 | 28551008 | REFLECTOR, AMBER 2-3/4 X 1-3/4 | 2.00 | 0.00 | N | $0.68 |
|------|----|----------|--------------------------------|------|------|---|-------|
| Part | 10 | 28551008 | REFLECTOR, AMBER 2-3/4 X 1-3/4 | 2.00 | 0.00 | N | $0.68 |
| Labor | 11 | 7241 | REFLECTOR - REPLACE | 1.00 | 0.10 | N | $2.90 |

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---------------------|-----------------|--------------------|------------------|---------------|
| | 0.10 | 0.10 | 100.0 | MARTOCELLO, DANIEL S |

| Part | 14 | 23469007 | AXLE ASSY, TORSION | 1.00 | 0.00 | N | $211.46 |
|------|----|----------|--------------------|------|------|---|---------|
| Labor | 15 | 131 | TIRE & WHEEL ASSY - R&R ONE | 1.00 | 0.20 | N | $5.80 |

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---------------------|-----------------|--------------------|------------------|---------------|
| | 0.20 | 0.20 | 100.0 | MARTOCELLO, DANIEL S |

| Labor | 16 | 405 | AXLE W/O BRAKES REPLACE | 1.00 | 1.00 | N | $29.00 |
|-------|----|-----|-------------------------|------|------|---|--------|

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---------------------|-----------------|--------------------|------------------|---------------|
| | 1.00 | 1.00 | 100.0 | MARTOCELLO, DANIEL S |

| Part | 17 | 37782013 | CAP,CORNER,ROOF, | 1.00 | 0.00 | N | $18.29 |
|------|----|----------|------------------|------|------|---|--------|
| Part | 18 | 36945004 | TONGUE,CURVED | 1.00 | 0.00 | N | $50.67 |
| Labor | 19 | 3403 | TONGUE ASSY(COMPLETE)R&R/REPL | 1.00 | 1.00 | N | $29.00 |

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---------------------|-----------------|--------------------|------------------|---------------|
| | 1.00 | 1.00 | 100.0 | MARTOCELLO, DANIEL S |

| Labor | 20 | 7001 | RIVET(S) - REPLACE | 1.00 | 0.02 | N | $0.58 |
|-------|----|------|--------------------|------|------|---|-------|

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---------------------|-----------------|--------------------|------------------|---------------|
| | 0.02 | 0.02 | 100.0 | MARTOCELLO, DANIEL S |

| Labor | 23 | 70 | REPLACE MISSING RIVETS IN BOX | 1.00 | 0.20 | N | $5.80 |
|-------|----|----|-------------------------------|------|------|---|-------|

| Employee Licence #: | Employee Actual | Employee Recovered | Employee Percent | Employee Name |
|---------------------|-----------------|--------------------|------------------|---------------|
| | 0.20 | 0.20 | 100.0 | MARTOCELLO, DANIEL S |

| Part | 24 | PRO | PRODUCTION SUPPLY | 40.06 | 0.00 | N | $20.03 |
|------|----|-----|-------------------|-------|------|---|--------|

**Statement Total:** $537.53

Contact  User policy

Copyright 2004 U-Haul International, Inc. All rights reserved  U-Haul® is a registered trademark of U-Haul International  Inc.

U-HAUL NJ 0034

**New Jersey Police Crash Investigation Report**

4900

☒ Reportable  ☐ Non-Reportable  ☐ Change Report

1 Case Number  0080-07-7951

2 Police Dept of  State Police  Code  01

3 Station/Precinct  Moorestown

4 Date of Crash  2/1/07

5 Day of Week  Th

16 Crash Occurred On  NSTP

Road Name

11 Speed Limit  615

☐ At Intersection with
☐ Feet
☐ Miles  N  E
S  W

17 Cross Road Name

18 Total Killed  0  7 Time

23 Vehicle No 24 Policy No  293704461311

25 Ins Code

54 Vehicle No  55 Policy No

55 Ins Code

26 Driver's First Name  Wallace  Initial  Last Name  Coole  Jr

56 Driver's First Name  Initial  Last Name

27 Number and Street  31-06 Rwell St

57 Number and Street

28 City  E Elmhurst  State  NY  Zip  11369

58 City  State  Zip

31 State  NY  32 Driver's License No  275 1717 1743  33 DOB  14 2 162  34 Expires  2 11

61 State  62 Driver's License No  63 DOB  64 Expires

35 Owner's First Name  ☐ Same As Driver

65 Owner's First Name  ☐ Same As Driver

38 Make  Chev  39 Model  40 Color  Wh/blu  41 Veh Year  03  42 Plate No  839 ASE CA  43 State

68 Make  69 Model  70 Color  71 Veh Year  72 Plate No  73 State

44 Vin  1GNDS13593233S909

74 Vin

46 Vehicle Removed To  Flemington AJ A74  ☐ Driven  ☐ Left at Scene  ☐ Towed  ☐ Impound Driver  ☐ Authority  ☒ Driver  ☐ Police

76 Vehicle Removed To  ☐ Driven  ☐ Left at Scene  ☐ Towed  ☐ Impound  ☐ Authority  ☐ Police

48 Alcohol/Drug Test  Given: ☒ No ☐ Yes ☐ Refused

79 Alcohol/Drug Test

125 Crash Description  U-Haul Trailer Texas Rg 84R099 Exp 08/08
U-Haul of Texas 920 McArthur Blvd Grand Prairie, TX
Drriver #1 stated: the trailer came loose and the car spun around and the
trailer hit both sides of the car. Investigation Revealed: V1 was towing the
above listed U-Haul trailer traveling South on the NSTP for an Unknown
Reason, the trailer became dislodged from the frame, this was evident

126 Damage to Other Property  None

147 Officer's Signature

| 73 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | 1 | a | - | 34 | M | - | - | - | 09 | 04 | - | | Driver #1 |
| B | 1 | 3 | 01 | 04 | 57 | F | 07 | 08 | 2 | 09 | 04 | - | Driver #1 |
| C | | | | | | | | | | | | - | 5701 Delaces Ourrobachae, Bronx, NY |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |

NJTR-1 (Rev 00)

Police Copy

U-HAUL NJ 0035

Page 2 of 2

#000 51051 - 200

| New Jersey Police Crash Investigation Report | Police Dept: State Police Code: CL |
| Motor Vehicle Crash Description | Station: 000-07-795A    Case No: |

(Refer to vehicle by number)

| | Veh Occ | Pos InVe | Eject | Phys Cond | Age | Sex | Loc Inj | Type Inj | Saf Used | Equip Avail | Ejecty Used | Emg Dept | Hosp Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 83 | 84 | 95 | 86 | 97 | 98 | 99 | 80 | 91 | 92 | 93 | 94 | 95 | Names & Address of Occupants - If Deceased, Date & Time of Death |
| A L L  I N V O L V E D | G |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | H |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | I |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | J |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

List Crash Description

by the presence of broken bolts on the front of the trailer.
The trailer caused V1 to loose control. The trailer then struck
both sides of V1 causing damage to same. V1 & the trailer came to
rest on the right shoulder facing the opposite direction. Both
V1 and the trailer were towed from the scene by Flannisons.
Passenger of V1 was transported to the hospital with a dislocated
shoulder.
Conclusions reached: Driver's statement, vehicle damage, trailer
damage.

Block 18a is the U-Haul Trailer

HUTR-EA (form)

Officer's Signature

C 508

Badge Number

281694

Head Shifted By
01 Static Medium   02 Curbed Medium   63 Grass Medium   04 Painted Medium   05 None

Temporary Traffic Control Zone
01 None   02 Construction Zone   03 Maintenance Zone   04 Utility Zone   05 Incident Zone

Light Condition
01 Daylight   03 Dusk                    05 Dark (no street lights)         87 Dark (street lights on, spot)
02 Dawn       04 Dark (street lights on)  06 Dark (street lights on, continuous)

Road System
01 Interstate        03 State/Interstate Authority   05 County         07 Municipal           09 Private Property
02 State Highway     04 State Park or Institution     06 Co. Auth. Park or Inst.   08 Mun Auth. Park or Inst   10 US Govt Property

Road Character
01 Straight and Level   03 Straight at Hillcrest   05 Curve and Grade        ·
02 Straight and Grade   04 Curve and Level         06 Curve at Hillcrest

Road Surface Type
01 Concrete   02 Blacktop   03 Gravel   04 Steel Grid   00 Dirt   ·

Road Surface Condition
01 Dry   02 Wet   03 Snowy   04 Icy   05 Slush   06 Water (standing/moving)   07 Sand, Mud, Oil   08 Oil

Environmental Condition
01 Clear   03 Snow       05 Overcast                          99 Severe Crosswinds
02 Rain    04 Fog/Smog/Smoke   06 Sleet/Hail/Freezing Rain   08 Blowing Sand/Dirt

Total Number of Motor Vehicles Involved in Crash

Crash Type
                                          with Below as First Event
          with Other MV as First Event    09 Overturned
01 Same Direction (Rear End)   07 Left Turn / U Turn   11 Fixed Object
02 Same Direction (Side Swipe) 04 Backing             12 Animal
03 Right Angle                 08 Encroachment        13 Pedestrian
04 Opposite Direction (Head On, Angular)              14 Pedalcyclist
05 Opposite Direction (Side Swipe)                    15 Non-fixed Object
06 Struck Parked Vehicle                              16 Railcar vehicle

Oversize/Overweight Permit ?
(Comm Veh Only)
01 Yes   02 No

Vehicle Type          Passenger Vehicles (01-11)
                                                      11 Moped
11 Car/Station Wagon/Minivan   06 Recreational Vehicle   12 Streetcar/Trolley
02 Passenger Van (≤ 9 Seats)   07 All Terrain Vehicle    13 Pedalcycle
03 Cargo Van (10K lbs or less) 08 Motorcycle
04 Sport Utility Vehicle       09 (reserved)
05 Pickup                      10 any previous w/trailer  14 Other Pass Vehicle

Trucks (18 to 28-39)
20 Single Unit (2 axle)
21 Single Unit (3+ axle)
22 Light Truck w/trailer
23 Single Unit Truck w/trailer
24 Truck Tractor (Bobtail)
25 Tractor Semi-Trailer
26 Tractor Double
27 Tractor Triple
28 Other Truck

Vehicle Use
01 Government
02 Business/Commerce   04 Responding to Emergency
                       05 Machinery in Use

30 Bus/Large Van
(8 or more Seats)

Special Function Vehicles
01 Work Equipment*     06 Taxi/Limo                11 Other Bus
02 Police              07 Veh Used re School Bus   12 Veh Used as Snowplow
03 Military            08 Veh Used as Other Bus    13 Vehicle Towing Another Veh
04 Fire/Rescue         09 School Bus
05 Ambulance           10 Transit Bus

Cargo Body Type (Comm Veh Only)
                               02 Concrete Mixer        11 Pole (poles)
01 Bus (9-15 seats)   04 Cargo Tank   08 Auto Transporter   12 Intermodal Chassis
02 Bus (≥ 15 seats)   05 Flatbed      09 Garbage/Refuse     13 No Cargo Body
01 Van/Enclosed Box   06 Dump         10 Hopper (grain,gravel,chips)

Direction of Travel of Vehicle          Location of Most Severe Physical Injury
                                        01 Head       07 Shoulder / Upper Arm
~ 01 North   07 East                    02 Face       08 Elbow / Lower Arm / Hand
  03 South   04 West                    03 Eye        09 Abdomen / Pelvis
                                        04 Neck       10 Hip / Upper Leg
Which Vehicle Occupied                  05 Chest      11 Knee / Lower Leg / Foot
1 Vehicle 1   8 Pedalcycle              06 Back       12 Entire Body
2 Vehicle 2   7 Pedestrian   0 Other

Position In/On Vehicle                  Type of Most Severe Physical Injury
01 Driver   02 Seat 02 Passenger        01 Amputation      05 Burn
10 Cargo Area 11 Riding/Hanging on Outside   02 Concussion    07 Fracture / Dislocation
                                        03 Internal        08 Complaint of Pain
Ejection From Vehicle                   04 Bleeding
01 Not Ejected   03 Ejected             05 Contusion/Abrasion/Laceration
02 Partial Ejection 04 Trapped

Vehicle Physical Condition              Safety Equipment    07 (reserved)
01 XIbed*                               01 None    04 Airbag
02 Incapacitated                        02 Lap Belt 05 Airbag & Seatbelt
03 Moderate Injury                      03 Harness  10 Safety Vest (Ped only)
04 Complaint of Pain                    04 Lap Belt
                                        & Harness   Airbag Deployment
Age   Sex                               05 Child Restraint  01 Front  02 Other
                                        06 Helmet           02 Side  06 Multiple

State of New Jersey
Police Crash
Investigation
Report NJTR-1

Use Code 00 for Unknown.

Use Code 99 for Other.

Explain Other in Crash Description

Also, Explain Items Marked with
asterisk (*) in Crash Description

If an Item Does Not Apply, Enter a
Dash ( - )

NOTE:

Boxes 1 - 7 must be completed for all
pages of the report.

Boxes 8-22 and 95-105 are only
required if completed on page 1 of the report.

All other information is completed as
necessary.

Overlay Page 1 of 2

Centuries 1 Slot* Easy-bottom

Cutting at designated positions will permit arrows on each side to be displayed when the
appropriate overlay is paged. It will also permit the first overlay to be slightly longer than
the second for easy paging.
Printing should be done Portrait, Duplex, Flip on Short Edge

State of New Jersey
Police Crash
Investigation
Report NJTR-1

Use Code 00 for Unknown.

Use Code 99 for Other.

Explain Other in Crash Description

Also, Explain Items Marked with asterisk (*) in Crash Description

If an Item Does Not Apply, Enter a Dash ( - )

Eye Color (Box 38, 60)
1 - Black      4 - Blue
2 - Brown    5 - Hazel
3 - Gray      6 - Green
7, 8, and 9 = Other

Overlay Page 2 of 2

## Apparent Contributing Circumstances

### Driver/Pedalcyclist Actions  [01 - 29]
01 Unsafe Speed
02 Driver Inattention *
03 Failed To Obey Traffic Control Device
04 Failed To Yield ROW to Vehicle/Pedes.
05 Improper Lane Change
06 Improper Passing
07 Improper Use/Failed to Use Turn Signal
08 Improper Turning
09 Following Too Closely
10 Backing Unsafely
11 Improper Use/No Lights
12 Wrong Way
13 Improper Parking
14 Failure To Keep Right
28 None
29 Other Driver/Pedalcyclist Action

### Vehicle Factors  [31 - 43]
31 Defective Lights
32 Brakes *
33 Steering *
34 Tires *
35 Wipers *
36 Windows/Windshield *
37 Mirrors *
38 Wipers *
39 Veh Coupling/Hitch/Safety Chains *
48 None
49 Other Vehicle Factor

### Pedestrian Factors  [71 - 89]
71 Failed To Obey Traffic Control Device
72 Crossing Where Prohibited
73 Dark Clothing/Low Visibility to Driver
74 Inattentive *
75 Failure to Yield ROW
76 Walking on Wrong Side of Road
77 Walking in Road When Sidewalk Present
78 Running/Darting Across Traffic
85 None
89 Other Pedestrian Factors

### Road / Environ. Factors  [51 - 59]
51 Road Surface Condition *
52 Obstruction/Debris in Road *
53 Ruts, Holes, Bumps *
54 Control Device Defective or Missing *
55 Improper Work Zone *
56 Physical Obstruction (viewing, etc) *
57 Animals in Road *
58 Improper/Inadequate Lane Markings *
59 Sun Glare *
59 Other Roadway Factors

### Apparent Physical Status
01 Apparently Normal *
02 Alcohol Use
03 Drug Use (Illicit) *
04 Medication *
05 Alcohol & Drug/Medication Use *
06 Physical Handicaps
07 Illness
08 Fatigue
09 Fell Asleep

### Cell Phone In Use By Driver
04 Handheld
02 Hands Free

### Vehicle / Pedalcyclist Action  (91-29)
91 Going Straight Ahead
92 Making Right Turn (not in travel lane)
93 Making Left Turn
94 Making U Turn
95 Starting From Parking
96 Starting in Traffic
97 Slowing or Stopping
98 Stopped in Traffic
99 Parking
10 Parked
11 Changing Lanes
29 Other Vehicle/Cyclist Action

12 Merging/Entering Traffic Lane
13 Backing
14 Driverless / Moving
15 Passing
16 Negotiating Curve
17 Driving on Shoulder
18 RGH Turn on Red

### Pedestrian Action  [31-48]
31 Pedestrian Off Road
32 Walking To/From School
33 Walking/Jogging with Traffic
34 Walking/Jogging Against Traffic
35 Playing in Road
36 Standing/Lying/Kneeling in Road
37 Getting On/Off Vehicle
38 Pushing/Working on Vehicle
39 Other Working in Roadway
40 Approaching/Leaving School Bus
41 Coming From Behind Parked Veh.
42 (as above)

### Pre-Crash Action
At Intersection
43 Crossing at Marked Crosswalk
44 Crossing at Unmarked Crosswalk
At Non-Intersection
45 Crossing at Marked Crosswalk
46 Crossing / Jaywalking
49 Other Pedestrian Action *

### Traffic Controls
01 Police Officer
02 RR Watchman, Gates, etc
03 Traffic Signal
04 Lane Markings
05 Channelization - Painted
06 Channelization - Physical
07 Warning Sign
08 Stop Sign
99 Yield Sign
10 Flagman
11 No Control Present
12 Flashing Traffic Control
13 School Zone (Signs/Control s)
14 Adult Crossing Guard

### Sequence of Events  [select up to 4 for each vehicle]

#### Non Collision  [01 - 19]
01 Overturn / Rollover
02 Fire / Explosion
03 Immersion
04 Jackknife
05 Ran Off Road - Right
06 Ran Off Road - Left
07 Crossed Median / Centerline
08 Downhill Runaway
09 Cargo / Equipment Loss or Shift
10 Separation of Units
11 Fell / Jumped From Vehicle
12 Thrown / Falling Object
13 Equipment Failure
19 Other Non Collision

#### Collision w/ Person, MV, or Non-Fixed Object  [21 - 32]
21 Pedalcyclist
22 Pedestrian
23 Train / Trolley / Other Railcar
24 Deer
25 Other Animal
26 MV in Transport
27 Lev in Transport/Other Roadway
28 Parked MV
29 Work Zone on Maint. Equipment
30 Struck By Object Set in Motion By MV
33 Other Non-Fixed Object

#### Collision w/ Fixed Object  [41 - 69]
41 Impact Attenuator / Crash Cushion
42 Bridge Overhead Structure
43 Bridge Pier or Support
44 Bridge Parapet End
45 Bridge Rail
46 Guardrail Face
47 Guardrail End
48 Concrete Traffic Barrier
49 Other Traffic Barrier
50 Traffic Sign Support
52 Traffic Signal Standard
52 Utility Pole
53 Light Standard
54 Other Post, Pole, Support
55 Culvert
56 Curb
57 Ditch
58 Embankment
59 Fence
60 Tree
61 Mailbox
62 Fire Hydrant
69 Other Fixed Object

### Checkpoint Diagram

13 Roof
14 Undercarriage
15 Overtrued
17 Non-Vehicle

Vehicle Impact Area

| | | |
|---|---|---|
| Veh 1 | | 11a |
| Veh 1 | | 11b |
| Veh 1 | | 11c |
| Veh 1 | | 11d |
| Veh 1 | | 12a |
| Veh 1 | | 12b |
| Veh 1 | | 12c |
| Veh 1 | | 12d |
| Veh 2 | | 12e |
| Veh 2 | | 12f |
| Veh 1 Events | 1st | 124 |
| | 2nd | 125 |
| | 3rd | 126 |
| | 4th | 127 |
| Veh 2 Events | 1st | 128 |
| | 2nd | 129 |
| | 3rd | 129 |
| | 4th | 129 |
| Initial Impact Veh 1 | | 130 |
| Principal Damage Veh 1 | | 131 |
| Initial Impact Veh 2 | | |
| Principal Damage Veh 2 | | |

U-HAUL NJ 0038

# R. A. M. ADJUSTMENT CO., INC.

## APPRAISAL PHOTOGRAPH RECORD

CLMT. (✓) *Wallace Cooke Jr.*　　　　CO. CLAIM # *00051051-6*

ASSD. ( ) *U Haul*　　　　　　　　　OUR CLAIM # *M 34785*

*page 1 of 2*

#1　　　　　　　　　　　　　　　　　　#2



#3　　　　　　　　　　　　　　　　　　#4




U-HAUL NJ 0039

# R. A. M. ADJUSTMENT CO., INC.

### APPRAISAL PHOTOGRAPH RECORD

CLMT. (✓) *Wallace Cooke, Jr.*     CO. CLAIM # *00051051-6*

ASSD. ( ) *U. Haul*     OUR CLAIM # *M 34785*

*page 2 of 2*



#1     #2



#3     #4

U-HAUL NJ 0040



Thursday, August 02, 2007 9:50:25 PM
Page 1 of 1

Printed by: James Hardman
Title: 3960UV5626 006.jpg - uhaul

U-HAUL NJ 0041



U-HAUL NJ 0042



U-HAUL NJ 0043



Printed by: James Hardman
Title: 3960UY3826 005.jpg : uhaul

Copyright U-Haul® International

```
*********************************************************************
                   Accident
*********************************************************************
****************Call Details**********************
Call ID : 2839426
Opened at : 7/27/2007 4:47:12 AM          Dispatcher : Elizabeth Dersch
Originally Faxed at : 7/27/2007 5:30:51 AM
Call Viewed on : 7/28/2007 9:54:06 AM

****************Caller Info**********************
Caller Name : Cooke, Wallace
Phone : (646) 294-2923     Type  : Mobile
Notes :

****************Location**********************
Mm 397 On Southbound New Jersey Turnpike  between
Exits 6 & 5
Mount Holly, NJ          MCO : 813
Cross Streets :

****************Equipment Info**********************
Equipment : 3980 UV-5826--    Loaded
Notes : Towed By Chevy Trailblazer

****************Accident Info**********************
Dispatching Information:
Contract  : unknown
Ctr-Dlr Number : 802082      District : 11     MCO : 802
U-Haul Shea Stadium
Phone : (718) 359-1919
      ***************
Date/Time of Accident :7/27/2007 6:20:00 AM
Seat Belts Worn : Yes
Safe Move/Tow  : No/No
Police Dept.   : Nj State Police
Police Report # :
Citation         :
Fire/Ambulance   :
Hospital         : Mount Holly Memorial Hospital
Lessee Phone     : --
Lessee Address

UHaul Driver    :Wallace Cooke
UHaul Passenger :
Other Driver    :
Other Passenger :
Other Vehicle   :
Injuries        :
Delores Cmorevokhke/53yrs/20 Mosukluy Parkway/Bronx
Ny/Zip 104 73/Ph# 718 365 9203 Bm  dislocated Shoulder
/Anything Else Unknown

****************Short Description**********************
Contract # 722488  ers Needed:Police Have Already Gotten Ser
Provider To Tow To Uhaul Shop In Cinnaminson Ny   dest:Atlanta
Ga Ss# bolts On A Frame Trailer Came Apart And Spun Cust Around
And Hit Trailblazer 3 Times While Cust Was Driving Southbound
On The New Jersey Turnpike Going Approx 60 Mph  damage To Uhaul:
Bolts Off Of A-Frame And Bumps And Scratches  damage To Chevy
Trailblazer: Front Bumper Pulled Out/Rear Right Door Dented/Rear
Bumper And Left Rear Door Dented  722488 One Way Rental 7/26/2007
 3:31:00 Pm 802082 802082 10919 7/31/2007  3:33:05 Pm   called
And Spoke With After Hrs Operater/She To Leave Tom Shea A Message
Regarding This Accident/Injury And I Did So  sending Stars Shop
A Fax Fyi

****************Cause Codes**********************
Equipment Became Disconnected While Driving

****************Call Resolutions**********************
```

Name              Contact Time         PhoneNumber     PhoneType   Results

U-HAUL NJ 0045

STARS Shop 217000   7/27/2007 5:29:51 AM   (800) 201-4610   800 Number   NightFax

```
*********************Recalls*****************
Date/Time Taken: 7/27/2007 8:58:25 AM              Manager : Richard Berchert
Recall Type : Manager Recall
Notes :
Called Shop Spoke To Paul He Stated The Eq Is At There Facility
And Hw Is Waiting For The Cust To Call/Pending Cust Callback
When Cust Calls Back In Transfer To Shop
     ********************
******************************************************************
*                        ACCIDENT                               *
****************************************************************
```

**U-HAUL NJ 0046**