UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOLORES C. OMOREBOKHAE

                Plaintiff

  -against-                                    08CV1512 (JUDGE MARRERO)

U-HAUL CO. OF NEW JERSEY, INC., and
U-HAUL INTERNATIONAL, INC.

                Defendants

---

### PLAINTIFF DOLORES OMOREBOKHAE'S INITIAL DISCLOSURE PURSUANT TO RULE 26(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff Delores C. Omorebokhae, by and through her attorney, Joseph Fleming, Esq., P.C., makes the following initial disclosures:

A.    WITNESSES

The following individuals are likely to have discoverable information that Plaintiff may use in support of his claims:

1.    Delores C. Omorebokhae
       20 West Mosholu Parkway South, Apt. 7G
       Bronx, NY    10468

       Subject of Information: How the accident occurred. Nature and extent of injuries suffered.

2.    Wallace Cooke
       31-06 East Buell Street
       E. Elmhurst, NY 11369-1915

       Subject of Information: How accident occurred. Defendant's negligence.

3.  Dr. John Nailor
    220 East 161st Street
    Bronx, NY 10451

    Subject of Information: Nature of Plaintiff's injuries, treatment and prognosis.

4.  Dr. William Schell
    Riverside Orthopaedic & Sports Medicine Associates
    36 West 60th Street
    New York, NY 10023

    Subject of Information: Nature of Plaintiff's injuries, treatment and prognosis.

5.  Dr. Gabriel Dassa
    4377 Bronx Boulevard
    Bronx, NY 10466

    Subject of Information: Nature of Plaintiff's injuries, treatment and prognosis.

B.  DOCUMENTS

A description by category and location, of all documents, electronically stored information, and tangible things that Plaintiff has in his possession, custody and control and may use to support his claims are as follows.

Unless otherwise stated, all documents, information, and things described below are in the possession of Plaintiff's counsel, Joseph Fleming, Esq., P.C., at 116 John Street, Suite 2830, New York, NY 10038:

1.  Police Report.

2.  Rental Agreement between Wallace Cooke and Defendant.

3.  Authorization for Plaintiff's medical records.

Plaintiff reserves the right to identify other documents, as such documents come into Plaintiff's possession and control.

C. <u>DAMAGES</u>

Plaintiff's calculation of damages are based on the following:

1. Past and future pain and suffering: $ 5,000,000.00

Total Damages: $ 5,000,000.00

Plaintiff has also suffered damages in an amount to be determined, for legal fees and costs associated with this action.

D. <u>INSURANCE</u>

Plaintiff is not now aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgement in this action.

E. <u>EXPERTS</u>

Plaintiff has not yet retained the services of or consulted with, any expert whose testimony would be presented at trial.

DATED:  New York, New York
        June 18, 2008

*[signature]*
Joseph Fleming, Esq. (JF-9542)
Joseph Fleming, Esq., P.C.
116 John Street, Suite 2830
New York, NY 10038
212-385-8036
Attorneys for Plaintiff Dolores C. Omorebokhae

TO:  KEVIN F. PINTER (KFP-P352)
     Gallo, Vitucci, Klar, Pinter & Cogan
     90 Broad Street, 3rd floor
     New York, NY 10004
     212-683-7100
     Attorneys for Defendant U-Haul Co. of New Jersey, Inc.

## CERTIFICATE OF SERVICE

      This is to certify that on June 18, 2008, I caused a copy of Plaintiff, Dolores Amorebokhae's Initial Disclosure Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure to Defendants, U-Haul Co. of New Jersey, Inc., and U-Haul International, Inc.., to be delivered by mail to the following parties:

Kevin F Pinter, Esq.
Gallo, Vitucci, Klar, Pinter & Cogan
90 Broad Street, 3rd Floor
New York, NY 10004
(212) 683-7100

                                              Drucilla Mack

**DOCKET NO.** 08 Cv 1512 (VM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOLORES C. OMOREBOKHAE

                Plaintiff

   -against-

U-HAUL CO. OF NEW JERSEY, INC., et.ano.

                Defendants

PLAINTIFF DOLORES OMOREBOKHAE INITIAL DISCLOSURE PURSUANT
TO RULE 26(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**JOSEPH FLEMING, ESQ., P.C.**
Attorney(s) for Plaintiff
116 John Street, Suite 2830
New York, NY 10038
(212) 385-8036

To:

Service of a copy of the within
is hereby admitted

Dated: _____, _____

Attorney (s) for

_____

**PLEASE TAKE NOTICE**
    ○ **NOTICE OF ENTRY**
that the within is a (verified) true copy of a
duly entered in the office of the clerk of the within named court on _____

    ○ **NOTICE OF SETTLEMENT**
after an order
will be presented for a settlement to the HON.

of which the within is a true copy

To

Service of a copy of the within is hereby admitted.

Dated:..............................  ..........

Attorney(s) for