```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Deloras C. Omolebukhae,

                           Plaintiff(s),

       - against -

Y_____,

                          Defendant(s).
------------------------------------------------------------X

08 Civ. 1512 (VM)

**CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER**

This Scheduling Order and Case Management Plan is adopted in accordance with Fed. R. Civ. P. 16-26(f).

1. This case (is)(is not) to be tried to a jury: [circle one]

2. Joinder of additional parties to be accomplished by _September 30, 2008_

3. Amended pleadings may be filed without leave of the Court until _July 30, 2008_.

4. Initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f), specifically by not later than _July 7, 2008_.

5. All fact discovery is to be completed either:

    a. Within one hundred twenty (120) days of the date of this Order, specifically by not later than _October 20, 2008_; or

    b. Within a period exceeding 120 days, with the Court's approval, if the case presents unique complexities or other exceptional circumstances, specifically by not later than _____.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

    a. Initial requests for production of documents to be served by _July 30, 2008_.

    b. Interrogatories to be served by all party by _July 30, 2008_.

    c. Depositions to be completed by _August 20, 2008_.

        i. Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

        ii. Depositions of all parties shall proceed during the same time.

        iii. Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

-1-

  d.  Any additional contemplated discovery activities and the anticipated completion date: _Medical Records Authorization by July 10, 2008_

_IME - October 5, 2008_

  e.  Requests to Admit to be served no later than _____.

7. All <u>expert</u> discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

  a.  Plaintiff _November 2, 2008_.

  b.  Defendant _November 2, 2008_.

8. Contemplated motions:

  a. Plaintiff: _n/a_

  b. Defendant: _n/a_

9. Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than _____.

10. Do all parties consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c)?

  Yes _____  No __X__

---

**TO BE COMPLETED BY THE COURT:**

11. The next Case Management Conference is scheduled for _10-24-08 at 9:30 a.m._

In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.

**SO ORDERED:**

DATED: New York, New York
     _20 June 2008_

              _____
                Victor Marrero
                U.S.D.J.