USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 7-31-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOLORES C. OMOREBOKHAE,

                    Plaintiff,

- against -

U-HAUL CO. OF NEW JERSEY, INC.
U-HAUL INTERNATIONAL, INC.,

                    Defendants.

Docket No.: 08-CV-1512 (VM)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the above action against defendant U-HAUL INTERNATIONAL, INC. only is hereby discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
       June 17, 2008

By: KEVIN F. PINTER (KFP-0352)
GALLO VITUCCI KLAR PINTER & COGAN
*Attorneys for Defendants*
90 Broad Street, 3rd Floor
New York, New York 10004
Tel (212) 683-7100
Fax (212) 683-5555

By: JOSEPH FLEMING (JF-9542)
JOSEPH FLEMING, ESQ.
*Attorney for Plaintiff*
116 John Street, Suite 2830
New York, New York 10038
Tel (212) 385-8036
Fax (212) 406-2045

---

**SO ORDERED.** The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.

**SO ORDERED.**

7-31-08
Date

Victor Marrero, U.S.D.J.