*Joseph Fleming, Esq., P.C.*
*Attorney and Counselor at Law*
*116 John Street, Suite 2830*
*New York, New York 10038*
*flemingesq@aol.com*

*Telephone*
*(212) 385-8036*

*Facsimile*
*(212) 406-2045*

**BY FACSIMILE**

August 7, 2008

Hon. Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08
```

Re:   **Omorebokhae v. U-haul Company of New Jersey Inc.**
      **Index No. 08-CV-1512 (VM)**

Dear Judge Marrero:

I represent the Plaintiff, Dolores Omorebokhae in the subject proceeding.

On or about June 17, 2008 a Stipulation of Discontinuance Without Prejudice regarding dismissal of Plaintiff's Cause of Action against U-Haul International, Inc. **only,** was submitted to the Court. On July 31, 2008, an Order was entered directing the Clerk of the Court to dismiss the matter and to close the entire case.

A copy of the Stipulation is enclosed, and we respectfully request that the Court direct the Clerk to reopen the case and to enter dismissal of Plaintiff's Complaint against the Defendant U-haul International, Inc. only.

Sincerely,

Joseph Fleming
JF: 9542

JF:mf

Enclosure

cc: Kevin Pinter, Esq.

*Request GRANTED. The Clerk of Court is directed to reopen this action and enter the dismissal of the complaint only as against defendant U-Haul International.*

**SO ORDERED:**

8-7-08
**DATE**          **VICTOR MARRERO, U.S.D.J.**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-31-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOLORES C. OMOREBOKHAE,

                        Plaintiff,

    - against -

U-HAUL CO. OF NEW JERSEY, INC.
U-HAUL INTERNATIONAL, INC.,

                  Defendants.

---

Docket No.: 08-CV-1512 (Vm)

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the above action against defendant U-HAUL INTERNATIONAL, INC. only is hereby discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
      June 17, 2008

By: KEVIN F. PINTER (KFP-0352)
GALLO VITUCCI KLAR PINTER & COGAN
*Attorneys for Defendants*
90 Broad Street, 3rd Floor
New York, New York 10004
Tel (212) 683-7100
Fax (212) 683-5555

By: JOSEPH FLEMING (JF-9542)
JOSEPH FLEMING, ESQ.
*Attorney for Plaintiff*
116 John Street, Suite 2830
New York, New York 10038
Tel (212) 385-8036
Fax (212) 406-2045

SO ORDERED. The Clerk of Court is directed to withdraw
any pending motions in this action and to close this case.

SO ORDERED.

7-31-08
Date

Victor Marrero, U.S.D.J.